CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JAN 0 9 2008

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| JOSHUA WARREN GALLIMORE, | ) | |
| Plaintiff, | ) | Civil Action No. 7:07cv00573 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| GERALD A. MCPEAK, et al., | ) | By: Samuel G. Wilson |
| Defendants. | ) | United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ADJUDGED AND ORDERED**

that this action shall be and hereby is **DISMISSED** without prejudice, pursuant to 28 U.S.C. § 1915A(b)(1); his motion to proceed in forma pauperis is hereby **DENIED** as **MOOT**; and this case shall be **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send a copy of this Order and accompanying Memorandum Opinion to plaintiff.

**ENTER**: This 9th day of January, 2008.

_____
United States District Judge